UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Juan Carlos Espinal,

Case No: 24-10322-LMI
Chapter 7

                                        Plaintiff.
-------------------------------------------------------
Yanina Tabachnikova,
                                        Plaintiff,                      Adv. Proc. 24-01256-LMI
vs.
Juan Carlos Espinal,
                                        Defendant
-------------------------------------------------------

## MOTION FOR DEFAULT FINAL JUDGMENT

The Plaintiff, Yanina Tabachnikova ("Plainitff"), by and through its undersigned counsel, hereby requests that the Court enter a Default Final Judgment in this case against defendant Juan Carlos Espinal ("Defendant"), pursuant to Fed. R. Bankr. P. 7055 and Local Rule 7055-1, and in support thereof states:

1. On April 8, 2024, the adversary case was commenced by filing a complaint against Juan Carlos Espinal by Yanina Tabachnikova and seeks a determination of non-dischargeability pursuant to 11 U.S.C. § 523(a)(5) & (15) and 11 U.S.C. § 727(a)(4)(A).

2. On April 10, 2024, Plaintiff served Defendant with the Summons (Adv. ECF No. 2), Complaint (Adv. ECF No. 1), and the Order Setting Scheduling Conference and Establishing Procedures and Deadlines (Adv. ECF No. 3), with proof of service being filed on April 12, 2024 at Adv. ECF No. 4.

3. An Answer to the complaint was due on May 9, 2024.

4. Defendant has failed to file an Answer or other response to the Complaint, and the time to do so has expired.

5. On June 26, 2024, Plaintiff filed a Verified Motion for Clerk's Default. Adv. ECF 11.

6. On June 27, 2024, the Clerk entered its Default. Adv. ECF 12.

7. Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55 require a default judgment be entered upon the party against whom affirmative relief is sought who fails to plead or defend.

8. Pursuant to Local Rule 7055-1, if default has been entered, the plaintiff may submit a motion for judgment by default, a supporting affidavit calculating the amount of the damages sought, and a proposed judgment based on the allegations deemed admitted.

**WHEREFORE**, Plaintiff respectfully requests that the Clerk enter a Default against Defendant in accordance with Fed. R. Bankr. P. 7055 and Local Rule 7055-1 for Defendant's failure to timely respond to the Complaint.

Dated: Brooklyn, New York

July 22, 2024

/s/ Alla Kachan
Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), and that a true and correct copy of the foregoing Verified Motion for Entry of Clerk's Default was served this 22nd day of July, 2024, via: (i) CM/ECF, upon those registered to receive electronic filings in this case, and (ii) First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List.

Breuer Law, PLLC
Counsel for Creditor
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487

       Telephone 954-607-3244
       FAX    954-607-3244
       Email Stephen@breuer.law
      By: */s/ Stephen C. Breuer*
        Stephen C. Breuer
        FBN 99709

**SERVICE LIST**
Juan Carlos Espinal
3300 NE 188th St., Apt. 811
Miami, FL 33180