UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Juan Carlos Espinal,

                           Plaintiff.

Case No: 24-10322-LMI
Chapter 7

--------------------------------------------------------

Yanina Tabachnikova,

                           Plaintiff,          Adv. Proc. 24-01256-LMI

vs.

Juan Carlos Espinal,

                           Defendant

--------------------------------------------------------

### DECLARATION IN SUPPORT OF MOTION FOR DEFAULT FINAL JUDGMENT

1. My name is Alla Kachan. I am over the age of twenty-one (21) years, and have personal knowledge of the statements made herein.

2. I am an attorney licensed to practice law in the State of New York, and have been admitted as *pro hac vice* counsel for Plaintiff in this case. My office address is 2799 Coney Island Avenue, Suite 202, Brooklyn, NY 11235.

3. Plaintiff is owed the total sum of $395,800 comprised as follows:

$176,300 attorneys' fees for domestic support obligations

$62,000 non-legal fees and costs for domestic support obligations

$157,500 back child support

4. Plaintiff is entitled to a judgment in the amount of $395,800 that is non-dischargeable pursuant to 11 USC 523 §§(a)(5) and (a)(15).

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged therein are true and correct.

Dated: July 22, 2024                                      */s/ Alla Kachan*
                                                            Alla Kachan, counsel for Plaintiff

    Dated: Brooklyn, New York

July 22, 2024

/s/ Alla Kachan
Alla Kachan, Esq.
Law Offices of Alla Kachan, P.C.
2799 Coney Island Avenue, Suite 202
Brooklyn, NY 11235

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), and that a true and correct copy of the foregoing Verified Motion for Entry of Clerk's Default was served this 22nd day of July, 2024, via: (i) CM/ECF, upon those registered to receive electronic filings in this case, and (ii) First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List.

Breuer Law, PLLC
Counsel for Creditor
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487
Telephone    954-607-3244
FAX          954-607-3244
Email   Stephen@breuer.law
By: /s/ *Stephen C. Breuer*
        Stephen C. Breuer
        FBN 99709

**SERVICE LIST**
Juan Carlos Espinal
3300 NE 188th St., Apt. 811
Miami, FL 33180